FILED
FEB 12 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

County of Knox )
State of Ill. )

CASE # 17-1067
Case # 17-1311 -&-
Case # 17-1312

## AFFIDAVIT

I Ricky Patterson, state the following is true -&- I am willing to testify to the following; as I am the petitioner in the forementioned cases.

Over the last month I've steadily been receiving waiver of service forms from all of the defendants in the fore mentioned cases... However I'm not sure on how to proceed from this point; because as of date my original case was broken into three seperate cases -&- the motion I filed to consolidate has gone unanswered, along with my second motion for counsel.

While the second Motion for counsel was a basic form I needed to only fill out, the Motion to consolidate was prepared for me by a "former" law clerk. Who is now telling me I need to amend my complaint -&- prepare for the defendants reply.

The problem is I don't have a clue how to proceed alone, -&- of coarse help from the "former" law clerk will cost me, funds I do not have. This is why I filed my claim with an attached forma paupis. Because I am unable to amend my complaint (as the original was done by a law clerk in Lawrence C.C.) - of all the work I am told will be needed to bring my claims clearly to the court, I only know how to prepare an affidavit.

Thus I am unable to proceed further without assitance from counsel -&- the defendants will be able to proceed with their practice of physically retaliating against inmates - threatening inmates with sexual violence

Pg-1

writing false tickets on inmates, refusing to answer grievances & refusing to investigate false charges on inmates who seek aid from the courts.

There is noway for me to defend this case or cases in three seperate court rooms, with three-or against three seperate defense attorneys. Therefore I'm wondering what is going on with the pre printed second motion for counsel. Please grant my request as the attorneys for the defendants are due to file their responses by Feb, 9-11, 2018...

Respectfully

_____
AFFIANT

Ricky Patterson
Reg # B79037
H.ll C.C.
P.O. Box 1700
Galesburg, Ill, 61401

Can you please inform me who's the judge in each case -&- exactly who's the lead defendant.
  Case # 17-1067
  Case # 17-1311
  Case # 17-1312

R.P.

pg-2.

In The
United States District Court
Southern District of Illinois

| | |
|---|---|
| Ricky Patterson<br>plaintiff<br>v.<br>D. Johnson, et al;<br>defendants | Case # 17-1067<br>Case # 17-1311 -s-<br>Case # 17-7312<br>Judge (?UNKNOWN?) |

Proof/Certificate of Service

To: Clerk Office
U.S. District Court
750 Missouri Avenue
East. St. Louis, Ill, 62201

Please take notice that on Feb, 2, 2018 I placed the attached Affidavit -s- letter to the Clerk; in the mail at Hill C.C. properly addressed to the above for mailing through the U.S. Postal Service.

DATE: 2-2-2018

Ricky Patterson
Reg# B79037
Hill C.C.
P.O. Box 1700
Galesburg, Ill, 61401

pg 3.

Rocky Patterson
Reg # B79037
P. Box 1700
Galesburg, Ill. 61401

PATTERSON V.   CASE # 17-1067
CASE # 17-1311 -&-
CASE # 17-1312

Jan 29, 2018

Dear Court Clerk,

&Greetings over the last month I've steadily been receiving waiver of service forms from all of the defendents in the fore mentioned cases... However I'm not sure on how to proceed from this point; because as of date my original case was broken into three seperate cases -&- the motion I filed to consolidate has gone unanswered, along with my second Motion for counsel.

While the Second Motion for counsel was a basic form I needed to only fill out, the Motion to consolidate was prepared for me by former law clerk. Who is now telling me I need to ammend my complaint -&- prepare for the defendants Reply. The problem is I don't have a clue how to proceed alone, -&- of coarse help here will "cost" me funds I don't have, -&- the law clerk's here at Hill C.C. don't know civil law.

I won't be able to proceed without help, so I'm writing today to find out what it is I half to do inorder to get assistance, -&- how long will it take for me to learn if the cases have been consolidated. Because as of date there are three case # three judges -&- 2 or 3 attorneys against me, -&- I don't have a clue. Please inform me how to proceed.

Respectfully
Rky Pttrsn

Ricky Patterson
Reg # B79037
P.O. Box 1700
Galesbury, Ill. 61401

Clerks Office
U.S. District Court
Southern District of Illinois
750 Missouri, Avenue
East St. Louis, Ill, 62201

PEORIA IL 616
07 FEB 2018 PM 1 L

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

Legal Mail




RECEIVED
FEB 12 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE