STATE OF ILLINOIS )
                  )
County of Knox )

**FILED**

**MAY 03 2018**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Patterson v. Baker et. Al
17 CV 01311 SMY-RJD
Patterson v. Buckles et. Al
17 CV 01067-MJR-SCW
Patterson v. Johnson et. Al
17 CV 01312-MJR-SCW

4-25-18

## Affidavit

I Ricky Patterson state under oath, that I am the petitioner in the above cases -&- that I'm sending the following true statements to Honorable Judge Stephen C. Williams

Over the last week I have received defendant D. Johnson -&- defendant Leif Mccarthy's RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION. Through both the institutional mail -&- electronic filing. Your Honor the defendants had a professional attorney — an Assistant Attorney General- file this motion on their behalf. -&- to be totally honest I haven't a clue what to do at this moment.

As the court has also sent me a trial schedule. I'm not sure if I just wait for trial -&- then just tell my story to the jury or not. Because I have no legal skills — this is why I had the original motion prepared by a law clerk in Lawrence C.C. However do to the defendants actions against me, I was transfered out of Lawrence to Hill C.C. for my own Safety. Here at Hill C.C, the civilian library staff is not a para-legal -&- the inmate clerks know hardly anything. So there is no assistance for me.

I've been granted poor man status by the court on Oct 4, 2017 -&- I've also filed two seperate pre-printed forms to have counsel granted. The 2ND motion for counsel INCLUDED letters FROM law FIRMS who I Asked for Help. This was mailed to the court again on 3/1/18 (Doc#17.) However none of my motions

for counsel have been answered as of date - none of
my affidavits have been responded to. I'm left wondering
what to do. As I wish to move foward with my claim
Sir I am totoly lost - & need counsel because

1.) There is a Dispositive Motion Re-Exhaution of Administrative
Remedies is due by May-16-2018 Please Explain what this is!

2.) My case has been split up into 3-or-4 cases with seperate
case #'s.

3.) Each case is before a seperate Court, with seperate assistant
attorney generals

4.) The defendants filed a Response IN Opposition To Plantiff's
Motion For Preliminary Injunction (I have know idea how
to respond)

5.) I was told by an inmate clerk I have to amend my
complaint - but he is not sure how to do it.

6.) If there is not a pre-printed federal form - there is no
help for me here at Hill C.C. Thus, I'm left to
file affidavit -after- affidavit

7.) None of my request for counsels have been responded
to by the court.

8.) The issues raised against the defendants are true -&- can be proven with

    [A.] Surveillence Footage (video)

    [B.] Inmate Witnesses

    [C.] Deposition of C/o -&- Wardens At Lawrence C.C.

However since I'm prisoner - I can not receive this information because of security.

9.) The defendants have a history of repeatidly violating prisoners civil rights in Lawrence. (A check of the courts docket will show the vast amount of claims Raised Against the C/o -&- staff At Lawrence-).

Judge Williams I pray that you will grant me counsel after viewing the attached 2ND motion for counsel -&- the latest letters I filed -or- sent to the law firms below. The attached 2ND motion was originally filed on Nov-3-2017 by Court clerk. If given the chance sir I can prove my case, all I request is some assistance

Respectfully

(1) Hinshaw-&-Culbertson LLP
101 W. Vandalia St. suite 200
Edwardsville, Ill, 62025

(2) Reed, Armstrong, Mudge -&- Morrissey P.C.
115 N. Buchanan st
P.O. Box 368
Edwardsville, Ill, 62025

(3) Witzel, Kanzler, Dimitt -&- Kanzer L.L.C.
2001 South Big Bend Blvd.
St. Louis Mo. 63117

Ricky Patterson
Reg# B79037
P.O. Box 1700
Galesburg, Ill 61401

In The United States District Court
For The Southern District of Illinois
East St Louis Division

Ricky Patterson

v

D. Johnson es, al.;
defendants

CASE NO: 17-CV01312

Hon Judge. Stephen. C. Williams

Proof / Certificate of Service

I Ricky Patterson state that on April 26·2018
I placed a sworn Affidavit- 2nd Motion for appointment
of Counsel -&- letters to court clerk into the institutional
mail at Hill C.C. correctly addressed as follows.

To:
Honorable Judge Stephen C. Williams
United States District Court
750 Missouri Avenue
East St. Louis, Ill, 62201

/s/ Ricky Patterson

Ricky Patterson
Reg# B79037
P.O. Box 1700
Galesburg, Ill 61401

Hon Judge Williams

Can you please explain to me what A
Dispositive Motion - Re-Exhaution of Administrative Remedies
is. I received notice there is a May 16-2018 deadline.

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

**FILED**

NOV 03 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

*Ricky PATERSON*
Plaintiff(s)

vs.

*D. Johnson et al*
Defendant(s)

Case Number:  17-1067, MJR

*Plaintiff(s) Second*
## MOTION FOR RECRUITMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1.  I, *Ricky PATERSON*, am the (check appropriate box)
    ☑ plaintiff  ☐ defendant in this case, I am unable to afford the services of an attorney, and
    I ask the Court to recruit counsel to represent me in this case. I understand that the Court will
    attempt to recruit counsel to represent me only if certain criteria are met.

2.  I have tried to find an attorney to take my case by doing the following: **(Describe in detail
    everything you have done to try to get an attorney to take your case so the judge can
    determine whether you have made a reasonable effort to obtain representation and
    attach copies of any documents which show you have tried to find an attorney – use
    additional pages if necessary.)**

    In spite of my efforts, I have been unable to find an attorney, because:
    *(SEE ATTACHED.)*

3.  Check the appropriate box:
    ☑ I am not now, and previously have not been, represented by an attorney recruited or
      appointed by the Court in this or any other civil or criminal case before this Court.
    ☐ I am now, or previously have been, represented by an attorney recruited or appointed by
      the Court in the case(s) described on the next page.

MICAH PATTERSON
Reg# 879037
P.O. Box 1700
Galesburg, Ill, 61401

EXAMPLE OF LETTER
TO LAW FIRMS

April, 10, 2018

Dear

Greetings, I'm writing you today out of great urgency.
I am currently in the middle of a federal 1983 claim with
a Preliminary Injunction attached. These actions are taken
against the officials at Lawrence C.C (Warden - L.T(s) - C/o(s) - &
Counselor) for retaliating against me, after I exercise my
right to the courts - & grievance process. I was physically assaulted
by a C/o - threatened to be lynched - & raped with the actual grievances
I filed. I was told I would be hung in the shower. Forced to seek
protective custody from C/o(s). After a judges call, I was left
with my ankles cuffed to a stool for hours (The ankle shakles
were so tight they cut off all circulation to my feet - to the point it felt like
tiny needles were being stuck into them.) I was left in extremely tight
handcuffs in my cell (hands behind my back) after an attorneys call
twice for 8 hours.

I was also thrown into segregation falsely - written three
fraudulent tickets (one had to be thrown out because I could prove I
was at commissary at time of the reported incident) Yet the same officer
continued to retaliate against me, causing me to be reclassified
as a staff assaulter - due to fraudulent tickets. They further
attempted to place a known suicidal mentally ill inmate into
the cell with me (who had just thrown feces on several C/o(s) - & had
to be taken to an outside hospital due to a suicide attempt days before.)

After being thrown into segregation falsely. The trays passed
to me by C/O(s) were repeatedly spat in. I was so frequently
cursed -&- called racial slurs -&- threatened to be killed or
raped I was afraid to sleep at night - shower - or leave my cell.
I truly believe if my family did not contact the State Representative
who inturn leaned on I.D.O.C to have me transfered, I would
have been left in Lawrence - only to be found dead - Hung!
    For time sake I only listed some of the defendents
horrid actions against me. However I have proof to
establish my claims -&- a majestrate judge from the Northern
District of Illinois is familiar with me being cuffed to a stool
by the ankles for hours. I am hoping that you or your
firm will be willing to represent me on this claim. My
constitutional rights were grossly - violated -&- with the proof
I have we can not only win this - but bring change to
Lawrence C.C.
    Please contact me as soon as possible with yes-or-nay.
-or- with a quote for your services. I know we can win
this. Very truthfully...

p.s.
I forgot to tell you the case(s) were broken into 2 they are
in the U.S. District Court Southern District of Illinois...
    PATTERSON V. JOHSON 3:17-CV-01312


    PATTERSON V. BUCKLES 3:17-CV-01067

4. Check the appropriate box:

☐ I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

☒ I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.

☐ I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5. The highest level of education I have completed is (check appropriate box):

☐ Grade school only   ☐ Some high school   ☒ High school graduate
☐ Some college   ☐ College graduate   ☐ Post-graduate

6. I believe that I am not able to represent myself, because

☐ English is not my primary language (**check only if applicable**); and/or

☐ I cannot speak, write, and/or read English very well because (**check only if applicable and explain**):

☒ Other (**please explain**): I AM A prisoner - & the defendants Are correctional officers who will need to be deposed, And the witness (inmates) ARE IN LAWRENCE C.C. while I Am in Hill. C.C.

7. Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet):

8. As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary):

| Assigned Judge: _____ | Case Number: _____ |
| --- | --- |
| Case Title: _____ | |
| Attorney Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
| --- | --- |
| Case Title: _____ | |
| Attorney Name: _____ | |
| If this case is still pending, please check box ☐ | |

I declare under penalty of perjury that the foregoing is true and correct.

_____
Movant's Signature

__10-27-17__
Date

Hill. C. C.
P.O. 1327
Street Address

Galesburg, Illinois, 61401
City, State, Zip

CASE NO: 17-1067.MJR

I, Ricky PATTERSON declare that under oath that
I've Repeatedly written Attorneys -&- lawfirms since Nov of 2016.
Which was the start of this claim. This effort was done to secure
counsel, because I lack the ability to present the violations
brought against me by the prison officials in Lawrence C.C.

These prison officials (Wardens - Lieutenants- Sergants - C/o's -&-
counselors) will need to be deposed. Along with inmates who
witnessed the Actions for/lack there of by the defendants. It will be
impossible for me with the help of an inmate law-clerk - to
question said witness As inmates Are Not permitted to contact
each other from different institutions. (I was transfered to Hill
C.C. on 9-6-17.). Also the law clerk will Not be Able to Assist me
in Any depositions since inmates who Are pro-se (with inmate
clerk Assistance) don't have the ability NOR Right to depose
prison staff. Thus a vital part of the civil process will be lost,
if this motion is not granted.

I Know this because while in StateVille I was involved
in A civil Rights claim Against the health care provider Wexford
Health Sources. However this entire claim was prepaired -&- Argved
by inmate para legal MR. Patrick Pursely. Who I No longer
have Access to because I Am Now in Hill C.C. Not StateVille.
Which is A maximum security prison where inmate para legals Are
familiar with 1983 civil Rights claims.

However here in Hill C.C. which is A medium Max, the
inmates who work in the law library have No help on what will be
A very difficult case. A case in which my life was continuously
threatened - my body was threatened to be physically Raped -&- killed

while suffering extreme mental anguish for 10 months for no
actions of my own.
     I have contenously sought legal assistance and was
unable to include proof of this in my original request for
counsel, on 8-4-17 (filed before this court on 10-4-17 for reasons
unknown to me; since I mailed it from Lawrence on 8-4-17).
     However on 10-18-17 -&- 10-14-17 I received letters back
from law firms (see attached) from
    Uptown Peoples Law Center dated 10-4, 2017
       - & -

    Jenner -&- Block dated Oct 11, 2017


    Therefore I pray you see I've contenously sought counsel, -&-
see that the need for counsel in this claim is urgent. In
that I lack the ability to bring it forth -&- the inmate clerks
here at Hill C.C. have minimal knowledge if any with 1983 claims.
The granting of this motion will cause the defendants no harm; As
granting me counsel will allow the process to move forward more
smoothly. Saving the court time -&- funds. The granting of this
motion will also prevent future prejudice - As counsel will
be able to preform depositions - question inmate witnesses -
view surveillance video -&- review security documents -&- protocall
that are vital to proving case # 17-1067-MJR. As a pro-se
litigant with inmate assistance these documents - video - process
will be deemed unavailable to me. Therefore counsel is vital
to furthering this claim.     Respectfully

    10-27-17



UPLC
URBAN PEOPLE'S LAW CENTER

1115 North Sheridan · Chicago, Illinois 60610
Phone: 773.769.1411 · Fax: 773.769.2224
www.uplchicago.org

October 4,, 2017

## PRIVILEGED LEGAL COMMUNICATION

Ricky Patterson
B79037
Hill Correctional center
600 Linwood Road
P. OI. Box 1327
Galesburg, Illinois 61401

Re:  Request for Assistance

Dear Mr.Patterson

We received your letter asking for help with your civil rights case, criminal case or other matter relating to your situation in prison.  Unfortunately, we are not in a position to assist you.  We are a very small legal clinic.  While we represent many prisoners, we get hundreds of letters asking for help, but unfortunately we can only help a very few people.   For your information, we do not practice criminal law--including appeals, habeas, post convictions, etc.

Please be assured that our inability to help you does not mean that you do not have a good claim.  We are forced to turn down many claims which are both morally compelling and have a sound legal basis.  We simply do not have the resources to help everyone who needs help.

If your question is about a case you want to bring challenging the way you are being treated in prison, be sure that you exhaust all administrative remedies.  A guide for Illinois prisoners is enclosed. We are returning any documents you sent us.  *We have not kept copies.* We wish you the best of luck.

UPLC receives hundreds of letters a month, most of which describe horrific conditions or other violations of people's rights in Illinois prisons. While UPLC wishes we had the resources to take on every meritorious case, we do not. We are a small organization, with only two attorneys. We are therefore severely limited in our ability to obtain relief for individual matters.

CHICAGO  LOS ANGELES  NEW YORK  WASHINGTON, DC        J E N N E R & B L O C K LLP

October 11, 2017

Ricky Patterson
IDOC No.: B79037
Hill Correctional Center
P.O. Box 1700
Galesburg, IL  61402

Dear Mr. Patterson:

I co-chair the pro bono committee at Jenner & Block. I received a copy of your letter requesting pro
bono representation.  However, after carefully reviewing your request, we have determined that
Jenner & Block will not be able to represent you.

Each year Jenner & Block receives hundreds of requests for pro bono representation.
Unfortunately, because of the tremendous volume of requests we receive, we are simply not able
to undertake each one.

Sincerely,

Andrew W. Vail
Co-Chair, Pro Bono Committee

In The

# United States District Court
## Southern District of Illinois

Ricky Patterson
   plaintiff

     V.

D. Johnson #7275 et, al;
   defendants

CASE 17-1067-MJR

Proof/Certificate of Service

To: Clerk Office
U.S. District Court
750 Missouri Avenue
East St. Louis, Ill, 62201

   Please take notice that on Oct 27, 2017 I placed the attached documents in the mail at Hill C.C. properly addressed to the above for mailing through the U.S. Postal Service.

   Dated 10-27-17

           s/ Ricky Patterson
           Ricky Patterson
           Reg# B79037
           Hill C.C.
           P.O. Box 1327
           Galesburg, Ill, 61401

Reg # B79037

P.O. Box 1700

Galesburg, Ill. 61401

April 26, 2018

<u>Dear Court Clerk;</u>

Greetings, I'm writing your office today after receiving an electronicly filed notice informing me that the defendants in my case(s) filed under PATTERSON v. Johnson et, Al 17CV01312-MJR-SCW - PATTERSON V. STIBBR et Al, 17CV01311 -&- PATTERSON v. Buckles et, Al 17CV01067. A Dispositive motion Re-Exhaustion of Administrative Remedies is due May-16-2018.

However I never received this motion -&- have no idea what I am to respond to. Can you please send me a copy of the defendants motion, I don't want to miss any deadlines. Also can you please inform me if there has been a ruling on on my 2ⁿᵈ Motion for Counsel. Thank you for your time -&- valued assitance.

Respectfully

1.) Copy of DefendANts Motion
Re-ExhAUSTioN of AdministrAtive
RemediEs

2.) HAS 2ⁿᵈ Motion FoR CoUNSEl BEEN
ANSwEREd (Originally Mailed 4-26-18)

Ricky PATTERSON
REG # B79037
P.O. Box 1700
GALesbuRg, Ill. 61401

Ricky Patterson
Reg # B79037
P.O. Box 1700
Galesburg Ill. 61401

Honorable Judge Stephen C. Williams
United States District Court
750 Missouri Avenue
East St. Louis, Ill. 62201

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

Legal Mail



MAIL CLEARED
US MARSHALS



© USPS 2016

RECEIVED

MAY – 3 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Paper